UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. |
| v. | 1:13-CR-338-CAP-RGV |
| ENKELEON MANATI, | |
| Defendant. | |

**O R D E R**

This matter is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 80] and Enkeleon Manati's objections thereto [Doc. No. 84].[1]  Manati objects on the basis that the magistrate judge failed to follow judicial policy in denying his motion to proceed *in forma pauperis*, specifically Volume 7 Part A, Chapter 2 §§ 210.40.30 and 210.40.50. While acknowledging that he has "some money at the moment," Manati argues that the magistrate judge failed to account for his status as the main provider for his dependents, which will result in any funds being spent on caring for his dependents.  In reviewing the magistrate judge's R&R and the order denying Manati's motion for reconsideration, it is clear that the magistrate judge properly followed judicial policy in evaluating Manati's

---

[1] Manati also objects to the magistrate judge's order denying his motion for reconsideration [Doc. No. 83].

financial resources.  Manati merely disagrees with the magistrate judge's conclusion regarding his eligibility to proceed on appeal *in forma pauperis*.

After carefully considering the R&R and finding no error, the court receives the R&R with approval and adopts it as the opinion and order of this court without modification.  In addition, the court finds no error with the magistrate judge's order denying Manati's motion for reconsideration.

As a final matter, the court has received communications from Manati's spouse indicating that Lawrence J. Zimmerman[2] has requested additional funds.  She has also indicated that Zimmerman has not been responsive to her communications.  The court reminds Zimmerman of his ethical and professional obligations to proceed on this appeal.

**SO ORDERED** this 30th day of December, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge

---

[2] Zimmerman is retained legal counsel for Manati.